**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

SHAWN JAMES REYNOLDS                                                PETITIONER
ADC #178282

v.                                      4:26-cv-00392-JM-JJV

DEXTER PAYNE,                                                       RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.     Mr. Reynolds' § 2254 Petition for Writ of Habeas Corpus (Doc. No. 2) be DISMISSED without prejudice.

DATED this 22nd day of June, 2026.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE