**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

SHAWN JAMES REYNOLDS                                                    PETITIONER
ADC #178282

v.                                         4:26-cv-00392-JM-JJV

DEXTER PAYNE,                                                          RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and ADJUDGED that this case is DISMISSED without prejudice.

DATED this 22nd day of June, 2026.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE